AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

CERTIFIED TRUE COPY
ATTEST: JOSHUA C. LEWIS
Clerk, U.S. District Court
Western District of Washington
By ______
Deputy Clerk

for the

Western District of Washington

United States of America
v.
JAMES CODY BRYANT

*Defendant*

Case No. MJ26-618

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES CODY BRYANT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Murder Persons in a Foreign Country, Title 18, United States Code, Section 956(a)(1) and (a)(2)(A)

Date: 10/02/2026

[signature]
*Issuing officer's signature*

City and state: Seattle, Washington

Brian A. Tsuchida, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/2/26, and the person was arrested on *(date)* 10/6/26
at *(city and state)* Bellingham, WA.

Date: 10/6/26

[signature]
*Arresting officer's signature*

Vittoria Smeglin, Special Agent
*Printed name and title*