MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CODY BRYANT, a/k/a MELODY BRYANT,<br><br>Defendant. | No. MJ26-618-BAT<br><br>NOTICE OF APPEARANCE OF COUNSEL |

NOTICE IS GIVEN that Dennis Carroll appears as counsel for James ("Melody") Cody Bryant. It is requested that notice of all filings be served upon the undersigned.

DATED this 13th day of October 2026.

Respectfully submitted,

s/ *Dennis Carroll*
WA Bar # 24410
First Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Email: dennis_carroll@fd.org